AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 20-sw-00657-GPG | Date and time warrant executed: 06/03/2020 @ 0943 | Copy of warrant and inventory left with: @ 69300 Orion Trail |
|---|---|---|
| Inventory made in the presence of: | SA Alison Yates | |

Inventory of the property taken and name of any person(s) seized:

6 Ballasts
6 Lights
24 Lights w/ Ballasts — Combos

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:43 pm, Jun 17, 2020
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/12/2020

_Executing officer's signature_

Blake McClellan  TFO
_Printed name and title_