IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>69300 Orion Trail<br>Montrose, CO | Case No.  20-sw-00657-GPG |

## MOTION TO UN-RESTRICT CASE

The United States of America, by and through Jeremy Chaffin, Assistant United States Attorney, hereby moves this court to un-restrict the affidavits, applications, motions, and all other accompanying orders, regarding the above-captioned case.

The United States asks for this order because the reasons cited in its original motion for an order to restrict no longer exist.

WHEREFORE, the Government respectfully requests that this case, including affidavits, applications, motions and all other accompanying orders, be unrestricted.

Respectfully submitted this 27th day of July, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Jeremy Chaffin*
Jeremy Chaffin
Assistant U.S. Attorney
U.S. Attorney's Office
205 4th St., Ste. 400
Grand Junction, CO 81501
Telephone: 970-241-3843
Fax:  970-248-3630
E-mail:  jeremy.chaffin@usdoj.gov
Attorney for Government